**RECEIVED**
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TERRE ROMAONDO ENGLISH                DOCKET NO. 1:12-CV-2819; SEC. P

VERSUS                                JUDGE JAMES T. TRIMBLE, Jr

WINN CORRECTIONAL, ET AL.             MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice as frivolous and failing to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 12th day of _____April_____, 2013.

_____
JAMES T. TRIMBLE, Jr
UNITED STATES DISTRICT COURT